IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD DINTELMANN,<br><br>        Plaintiff,<br><br>    vs.<br><br>VILLAGE OF FREEBURG, ILLINOIS,<br><br>        Defendant. | Case No. 14-cv-855-SMY-DGW |

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the 60 Day Order entered on November 16, 2015 and the parties' Stipulation of Dismissal filed on December 9, 2015, this case is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is DIRECTED to close this case.

**DATED:  December 14, 2015**

                                        **JUSTINE FLANAGAN, Acting Clerk of Court**

                                        **By: s/ Kailyn Kramer, Deputy Clerk**


**Approved:    s/ Staci M. Yandle,**
              **STACI M. YANDLE**
              **DISTRICT JUDGE**